UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-00561-MWC-MBK | Date | September 24, 2025 |
|---|---|---|---|
| Title | Aguilar v. Bianco, et al. | | |

| Present: The Honorable | Michael B. Kaufman, United States Magistrate Judge |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| none | none |

**Proceedings:**     **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

This is a *pro se* civil rights case filed by Oscar Aguilar, a prisoner who was in state custody in Murrieta, California when he commenced this action. On March 27, 2025, the Court issued an order directing Plaintiff to pay his initial filing fee of $6.08 within 30 days. Dkt. 4. The Court subsequently granted Plaintiff's request for an extension of time to pay the fee and ordered him to file his initial filing fee by July 7, 2025. Dkt. 7, 10. Plaintiff did not pay the filing fee by July 7.

On April 9, 2025, Magistrate Judge Kaufman dismissed Plaintiff's complaint with leave to amend and directed Plaintiff to file his First Amended Complaint ("FAC") by May 9, 2025. Dkt. 5. Petitioner requested a 90-day extension of time to file his FAC, which the Court granted. Dkt. 6, 9. The Court warned Plaintiff it would "not entertain further extension requests absent extraordinary circumstances." Dkt. 9.

On July 21, 2025, Plaintiff requested an additional 90 days to file his FAC. Dkt. 11. The Court granted Plaintiff until September 3, 2025 to file his FAC and pay his initial filing fee or, in the alternative, file notice of dismissal under Federal Rule of Civil Procedure 41. To date, Plaintiff has not filed a FAC or paid his initial filing fee. However, he did file a notice of change of address on September 18, 2025, and it appears that Plaintiff is no longer in custody. Dkt 14.

The Magistrate Judge finds that it is in the interest of justice to give Plaintiff one final opportunity to pursue his case before recommending dismissal of the action for failure to prosecute. Therefore, Plaintiff is **ORDERED** to (1) respond to this order to show cause why this case should not be dismissed, (2) file a First Amended Complaint, and (3) pay his filing fee of $6.08 **on or before October 24, 2025**. Alternatively, if Plaintiff no

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-cv-00561-MWC-MBK | Date | September 24, 2025 |
|---|---|---|---|
| Title | Aguilar v. Bianco, et al. | | |

longer wishes to pursue this case, he may file a notice of dismissal under Federal Rule of Civil Procedure 41.

**Plaintiff is informed the failure to respond to this order will result in a recommendation that the action be dismissed with prejudice for failure to prosecute the case pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**