JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

OSCAR AGUILAR,

        Plaintiff,

      v.

CHAD BIANCO, et al.,

        Defendants.

Case No. 5:25-cv-00561-MWC-MBK

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that this case is dismissed without prejudice and without leave to amend.

DATE: April 13, 2026

_____

HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE